**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 16-2338

In re:  DANIEL JOHNSON WILLIS,

                    Petitioner.

On Petition for Writ of Mandamus.

Submitted:  March 14, 2017          Decided:  March 16, 2017

Before FLOYD and HARRIS, Circuit Judges, and DAVIS, Senior Circuit Judge.

Petition denied by unpublished per curiam opinion.

Daniel Johnson Willis, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Daniel Johnson Willis petitions for a writ of mandamus seeking an order directing the district court to rule on all of Willis's actions filed between 2013 and 2016. We note that this court and the district court have prefiling injunctions in place related to civil actions filed by Petitioner Willis. We conclude that Willis is not entitled to mandamus relief.

Mandamus relief is a drastic remedy and should be used only in extraordinary circumstances. Kerr v. U.S. Dist. Court, 426 U.S. 394, 402 (1976); United States v. Moussaoui, 333 F.3d 509, 516-17 (4th Cir. 2003). Further, mandamus relief is available only when the petitioner has a clear right to the relief sought. In re First Fed. Sav. & Loan Ass'n, 860 F.2d 135, 138 (4th Cir. 1988). Willis has not demonstrated that the district court has abused its discretion in denying leave to file Willis's actions. Further, Willis has routinely appealed these determinations by the district court. Mandamus may not be used as a substitute for appeal. In re Lockheed Martin Corp., 503 F.3d 351, 353 (4th Cir. 2007).

The relief sought by Willis is not available by way of mandamus. Accordingly, although we grant Willis's motion for leave to amend his petition, we deny the petition and supplemental petition for writ of mandamus. We dispense with oral argument because the facts and legal contentions are

2

adequately presented in the materials before this court and argument would not aid the decisional process.

PETITION DENIED